JOHN W. GREER ET AL. *v.* MECHANICS' MUTUAL SAVINGS ASSN. OF NEWPORT.

[Abstract Kentucky Law Reporter, Vol. 3—539.]

**Contempt of Court.**

> Where a litigant persistently failed and refused to execute a bond required until the final determination of the action, or to deposit the amount of a sale bond, the court may order him to pay into court forthwith the amount of the sale bond, interest and costs, and may order him to be committed in default of payment.

APPEAL FROM KENTON CHANCERY COURT.

January 26, 1882.

OPINION BY JUDGE LEWIS:

The facts set forth in the response by J. W. Greer and appellee, if pleaded at the proper time and in the proper manner, would authorize an injunction to issue upon the execution by them of the bond required in such cases, restraining the collection of the sale bond until the final determination of the action pending in the Campbell Chancery Court, or if they had deposited the amount of the sale bond in court and properly pleaded the same facts, the chancellor would have been authorized to retain con-

trol of the fund subject to the decision of the other action. See Civ. Code (1876), §§ 377, 378.

But they persistently and in contempt of court failed and refused to do either. The court below, therefore, did not err in requiring them to pay into court forthwith the amount of the sale bond, interest and costs, nor upon their refusal to comply therewith in ordering them committed.

The judgment is *affirmed* with damages.

*R. D. Handy, for appellants.*

*O. W. Root, for appellee.*

